IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED-FD
90 : I IIM 7 - MAY 40
U.S. DISTRICT COURT

JUDGE GRADY

| | |
|---|---|
| Marco A. Ramos Sr., Isidra Garcia Ramos, Marco Ramos Jr., Erika Ibarra Ramos, Hector Ramos, Evelyn Ramos, Sarai Ramos, Ramon Garcia and Rosa Samaniego Garcia, Plaintiffs | ) ) ) ) ) ) |
| v. | ) Case # 04C **04C 2502** ) The Honorable Judge |
| The Town of Cicero, a municipal corporation, Cicero Police Officers Ramirez # 386, Drakulich # 389, Acevez # 395 and Kane # 282, Defendants | ) ) ) ) ) |

## PLAINTIFFS' ORIGINAL COMPLAINT

### A. Parties

1. Plaintiffs are Marco A. Ramos Sr., Isidra Garcia Ramos, Marco Ramos Jr., Erika Ibarra Ramos, Hector Ramos, Evelyn Ramos, Sarai Ramos, Ramon Garcia and Rosa Samaniego Garcia.

2. Defendants are the Town of Cicero, a municipal corporation and Cicero Police Officers Ramirez # 386, Drakulich # 389, Acevez # 395 and Kane # 282.

### B. Jurisdiction and Venue

3. The court has jurisdiction over the lawsuit because the action arises under 42 U.S.C. § 1983. The named defendant police officers invaded the home of the plaintiffs without a warrant and beat, illegally arrested and incarcerated and maliciously prosecuted the plaintiffs. Venue is proper in that all parties at the time of the events complained of resided in the Northern District of Illinois, Eastern Division.

### C. Conditions Precedent

4. All conditions precedent have been performed or occurred.

### D. Facts Forming the Basis of Plaintiffs' Claims

5. On 4-17-03 at approximately 10:00 pm the plaintiffs were all in their home at 2916 S. 49th Avenue, Cicero, IL 60804 when they heard loud knocking at the rear entrance to the apartment, and persons claiming to be police. Knowing the door to be blocked by a

baby's bed and thinking the claim to be the police to be a ruse by friends, Isidra Garcia Ramos told the parties knocking to come to the front door to gain entry.

6.   The police on information and belief without a valid search warrant proceeded to the stairway door in front of the location at street level and gained entry by overcoming the self locking mechanism on the door.

7.   The police then proceeded up the stairs to the second floor apartment entry door, which was unlocked, opened it, and without a valid search warrant or announcing their offices or requesting permission to enter, did in fact enter the second floor apartment of the Ramos family. They encountered the family seated in their kitchen and Hector Ramos exiting the bathroom. Officer Kane # 282 rushed to Hector Ramos, reached in Hector Ramos' shirt and pulled out approximately 2 grams of marijuana and a pipe. Officer Kane then immediately handcuffed Hector Ramos while announcing that he was being arrested and escorted him out of the apartment.

8.   Once outside the apartment, without provocation, Officer Kane began threatening to kill Hector Ramos if he remained in Cicero while shoving him needlessly and punching him in the head, chest and stomach.

9.   Hector Ramos cried out for his mother, Isidra Garcia Ramos. Hearing his son's cries for help, Marco Ramos Sr. announces to the police words to the effect that while the police may have the right to arrest his son they don't have the right to beat him. With this officer Drakulich and officer Acevez began punching Marco Ramos Sr. in the head and chest in the presence of the entire Ramos family.

10.   When Ramon Garcia protested from a seated position, officer Ramirez punched him in the head, telling him to shut up. As Isidra Garcia Ramos protested the beating of her son, husband and brother officer Acevez slammed her into the wall. Another police officer using his police baton shoved her again into the wall seconds later.

11.   Simultaneously Evelyn Ramos while protesting the assault on her father, Marco Ramos Sr., her uncle, Ramon Garcia and her brother, Hector Ramos Jr. she was struck repeatedly by officer Acevez.

12.   During this melee Marco Ramos Jr. and his wife Erica Ibarra Ramos, then eight months pregnant, awakened by the noise, came from the bedroom occupied by him and his wife to witness this battery on his family. After his father mother sister, brother and uncle had been handcuffed and taken out of the family's home some dozen or more officers including officer Kane tore apart the family's apparently in search of some contraband. Finding none they took Marco Ramos Jr. to the room he occupied with his wife, surrounded him and threatened him with a beating if he did not sign a document that purported to be Marco Ramos Jr.' permission to enter and search the family's home. Cicero never introduced the document at trial.

13. Sarai Ramos, the then nine year old daughter of Mr. and Mrs. Ramos Sr., witnessed the entire event.

14. The police officers involved then arrested Isidra Garcia Ramos, Marcos Ramos Sr. Evelyn Ramos and Ramon Garcia for battery on police officers, and Marco Ramos Jr. for a traffic ticket out of Oak Lawn. The police officers all signed false complaints against various members of the family, held them in custody overnight and maliciously prosecuted the case to trial.

15. On 2-23-04 a trial was held before Judge Grossi in District 4, Maybrook Courthouse. Evelyn Ramos and Ramon Garcia were found not guilty after the state rested their case in chief by directed verdict. Isidra Garcia Ramos and Marco Ramos Sr. were found not guilty after trial.

## Count 1

### First Amendment Violation

16. Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. incorporate paragraphs 1-15 as paragraphs 1-15 of Count 1.

17. Defendant police officers engaged in a physical battery upon the plaintiffs for merely announcing to the officers that they did not have the authority to beat and otherwise abuse the handcuffed suspect, Hector Ramos Jr. or Marco Ramos Sr., Isidra Garcia Ramos, Ramon Garcia, and Evelyn Ramos.

18. By their actions, defendant police officers punished the named plaintiffs for exercising their First Amendment Rights to engage in free speech, in an attempt to interfere with their free speech.

19. By their action defendants unlawfully injured all named plaintiffs in retaliation for their exercise of their right to free speech and in an attempt to interfere with their right to free speech under the First Amendment to The United States Constitution.

20. As a result of all defendants' deprivation of the First Amendment rights of Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr., Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. suffered physical injuries, loss of liberty, emotional injury, damage to reputation, economic loss in the form of attorneys' fees and related expenses, all compensable under 42 U.S.C § 1983.

## Count 2

### Fourth Amendment Violation

21. Plaintiffs Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. incorporate paragraphs 1-15 above as paragraphs 1-15 of Count 2.

Ramoscomplaint.DOC

22. All defendants arrested and detained Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. without probable cause to believe that they had committed an unlawful act which deprived Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. of their rights under the Fourth Amendment to the United States Constitution.

23. All defendants participated in the unreasonable seizure as set forth above and thereby caused Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. denying or interfering with the exercise of their rights under the Fourth Amendment to the United States Constitution.

24. As a result of all defendants' deprivation of the rights of Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. to be free from unreasonable searches and seizures Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. suffered physical injuries, loss of liberty, emotional injury, damage to reputation, economic loss in the form of attorneys' fees and related expenses, all compensable under 42 U.S.C § 1983.

## Count 3

### Sixth Amendment Violation

25. Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. incorporate paragraphs 1-15 above as paragraphs 1-15 of Count 3.

26. As part of defendants' conspiracy defendants swore out false complaints based on their own fabricated evidence of alleged attacks by Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. upon police officers in an attempt to deny plaintiffs Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. of their rights under the Sixth Amendment to the United States Constitution to a fair trial.

27. As a result of defendants' attempt to deprive Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. of their rights under the Sixth Amendment to the United States Constitution to a fair trial Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. suffered loss of liberty, damage to reputation, economic loss in the form of attorneys' fees and related expenses, all compensable under 42 U.S.C. § 1983.

## Count 4

### Fourteenth Amendment Due Process of Law Violations

28. Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. incorporate paragraphs 1-15 as paragraphs 1-15 of Count 4.

29. As part of defendants' conspiracy against Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. defendants, among themselves, both sought and fabricated false evidence and signed false statements and complaints against Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. in an attempt to deprive Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. of their rights under the Fourteenth Amendment to the United States Constitution to due process of law.

30. As a result of defendants' attempt to deprive Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. of their rights under the Fourteenth Amendment to the United States Constitution to due process of law, Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. suffered physical injuries, loss of liberty, damage to reputation, economic loss in the form of attorneys' fees and related expenses, all compensable under 42 U.S.C. § 1983.

## Count 5

## Illegal Conspiracy

31. Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. incorporate paragraphs 1-15 as paragraphs 1-15 of Count 5.

32. On the night of 4-17-04 the defendants entered the home of the plaintiffs, made an illegal search upon Hector Ramos, then assaulted and battered Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr., falsely arrested, detained and prosecuted them all. The defendants did so with illegal intent, each acting in illegal concert with the others resulting in the false arrests, filing of false police reports, unlawful restraint , wrongful incarceration and malicious prosecution of Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. These acts constitute a conspiracy to deny Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector of their rights to free speech, to be free from unreasonable searches and seizures, a fair trial, due process of law and their rights to be free from assault by officials of government.

33. The object of this conspiracy was to prevent effective criminal and administrative actions against the defendants by Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr.

34. In entering into and carrying out these conspiratorial acts defendants motivation did not intend to further any legitimate interest of the Town of Cicero or a legitimate policing authority.

35. As a result of defendants' illegal conspiracy, Isidra Garcia Ramos, Marco Ramos Sr., Evelyn Ramos, Ramon Garcia and Hector Ramos Jr. suffered physical injuries, loss of liberty, damage to reputation, economic loss in the form of attorneys' fees and related expenses, all compensable under 42 U.S.C. § 1983.

## Counts 6 through 18

## State Tort and Common Law Claims

36.  All plaintiffs adopt paragraphs 1-15 and incorporate them as paragraphs 1-15 as to Counts 6 through 18.

37.  The defendants' actions as to all plaintiffs constitute Trespass, Home Invasion, Assault, Battery, Use of Excessive Force, Unlawful Restraint, False Arrest, False Imprisonment, Filing of False Police Reports, Malicious Prosecution, Intentional Infliction of Physical Injuries, Intentional Infliction of Serious Emotional Harm.

38.  The plaintiffs as a result of defendants' actions suffered loss of liberty, physical injuries, pain and suffering, loss of reputation in the community, economic damages in attorneys' fees and costs related to defending themselves against these false allegations, all damages compensable under Illinois Tort and Common Law.

## E. Attorneys Fees

39.  It was necessary for plaintiffs to hire the undersigned attorney to file this lawsuit. Upon judgment, plaintiff is entitled to an award of attorney fees and costs under 42 U.S.C. §1988(b).

## F. Jury Demand

40.  Plaintiffs demand jury trial.

## G. Prayer for Relief

41.  WHEREFORE Plaintiffs pray for entry of judgment in their favor as against defendants for all appropriate relief available to them under 42 U.S.C. §1983 and Illinois Tort and Common Law.

Respectfully submitted by,

David Boyle IL # 624658
1831 S. Lombard Ave. Cicero, IL 60804
Tel. 708-863-7017 Fax 708-863-7018

ATTORNEY IN CHARGE FOR
Marco A. Ramos Sr,, Isidra Garcia, Marco Ramos Jr., Erika Ibarra Ramos, Hector Ramos,Evelyn Ramos, Sarai Ramos,Ramon Garcia and Rosa, Samaniego Garcia.

Ramoscomplaint.DOC

JS-44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

FILED-FD4

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _Marco A. Ramos Sr._
(EXCEPT IN U.S. PLAINTIFF CASES)

_Cook_

County of Residence of First Listed _The Town of Cicero_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. _Cook_

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
_David Boyle, 1831 S. Lombard Ave._
_Cicero, IL 60804     708-863-7017_

Attorneys (If Known)

MAGISTRATE JUDGE LEVIN

JUDGE GRADY

04C 2509

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Inj. | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

_42 USC § 1983_

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _20,000,000.00_

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII.** This case  ☒ is not a refiling of a previously dismissed action.

☐ is a refiling of case _____, previously dismissed by Judge _____

DATE _4-7-04_

SIGNATURE OF ATTORNEY OF RECORD
_David Boyle_

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of Marco A. Ramos Sr.,
et al

v.
Town of Cicero, et al

FILED-FO4

98 HIP 7 4 - X 7 70

U.S. DISTRICT COURT

Case Number 04C 2502

JUDGE GRADY



### APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Marco A. Ramos Sr., Isidro Garcia Ramos, Marco Ramos Jr., Erika Oliana Ramos, Heily Ramos, Evelyn Ramos, Sarai Ramos, Ramon Garcia, + Rosa Sananiego Garcia

| (A) | (B) MAGISTRATE JUDGE LEVIN |
|---|---|
| SIGNATURE David Boyle | SIGNATURE |
| NAME David Boyle | NAME |
| FIRM | FIRM |
| STREET ADDRESS 1831 S. Lombard Ave | STREET ADDRESS |
| CITY/STATE/ZIP Cicero IL 60804 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 708 863 7017 / FAX NUMBER 708 863 7018 | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS CRIMLAW1@COMCAST.NET | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 38076 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER / FAX NUMBER | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |